*E-Filed 4/14/11*

RECEIVED
2011 APR 12 P 1:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

TOYOTA MOTOR CREDIT CORPORATION,

Plaintiff,

v.

JULIA FORTUNE,

Defendant.

Case No. C10-04024 RS

Assigned for All Purposes to:
Judge Richard Seeborg
Courtroom: 3

**[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION**

**[Filed Concurrently with Stipulation for Dismissal of Entire Action]**

Date: April 5, 2011

FAXED

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4835-1984-7177.1

- 1 -

[~~PROPOSED~~] ORDER GRANTING STIP FOR DISMISSAL OF ENTIRE ACTION

Pursuant to the parties' Stipulation for Dismissal with Prejudice, and good cause appearing, IT IS ORDERED, that the above matter is dismissed in its entirety with prejudice, each party to bear its own attorney's fees and costs.

Dated: 4/14/11 JUDGE OF THE UNITED STATES DISTRICT COURT

Honorable Richard Seeborg

Respectfully submitted:

KUTAK ROCK, LLP

By: ______________________

Cyrus C. Chen
18201 Von Karman, Suite 1100
Irvine, CA 92612
Attorneys for Plaintiff
Toyota Motor Credit Corporation

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4835-1984-7177.1

- 2 -

[~~PROPOSED~~] ORDER GRANTING STIP FOR DISMISSAL OF ENTIRE ACTION